UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MERLIN MORENO-GRATINI,

                           **Petitioner,**

      -against-

**THOMAS STICHT,**

                          **Respondent.**
------------------------------------------------------------------X

**19-CV-5964 (GHW)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2020

**SARAH NETBURN, United States Magistrate Judge:**

On July 15, 2019, the Court granted Petitioner's motion to hold the petition in abeyance pending the outcome of the exhaustion of his state court remedies. See ECF No. 7. By July 16, 2020, Respondent is directed to file a letter updating the Court on the status of Petitioner's appeals. The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Petitioner.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 6, 2020
                New York, New York

cc:        Merlin Moreno-Gratini
           17-R-2355
           Wyoming Correctional Facility
           P.O. Box 501
           Attica, NY 14011-0501