UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MERLIN MORENO-GRATINI,

                      **Petitioner,**         **19-CV-5964 (GHW)(SN)**

      -against-                                   **ORDER**

THOMAS STICHT,

                      **Respondent.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Respondent's July 16, 2020 letter states that the Appellate Division affirmed Petitioner's judgment and Petitioner's application for leave to appeal was denied on March 20, 2019. Petitioner's motion to vacate judgment was denied in February 2020, and he did not file an application seeking leave to appeal. ECF No. 10. Accordingly, the stay in this case is lifted. By August 24, 2020, Respondent shall respond to the petition. Petitioner's reply, if any, shall be due by September 14, 2020. The Clerk of Court is directed to mail a copy of this order to the *pro se* Petitioner.

**SO ORDERED**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     July 24, 2020
               New York, New York

cc:           Merlin Moreno-Gratini
              17-R-2355
              Wyoming Correctional Facility
              P.O. Box 501
              Attica, NY 14011-0501