UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2020
```

-------------------------------------------------------------------X

MERLIN MORENO-GRATINI,                        :
                                              :
                                Plaintiff,    :
                                              :          1: 19-cv-5964-GHW
                                              :
                 -against-                    :
                                              :              ORDER
THOMAS STICHT, *Superintendent Wyoming*       :
*Correctional Facility*                       :
                                              :
                                              :
                                Defendant.    :
-------------------------------------------------------------------X


GREGORY H. WOODS, United States District Judge:

On September 16, 2020 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than October 16, 2020. Dkt. No. 22. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's September 16, 2020 order forthwith, and in no event later than October 30, 2020.

The Clerk of Court is directed to mail a copy of this Order to Petitioner and file proof of service on the docket.

SO ORDERED.

Date:   October 19, 2020                        _____
        New York, NY                                 GREGORY H. WOODS
                                                   United States District Judge