UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MERLIN MORENO-GRATINI,

                         Petitioner,                    19-CV-05964 (GHW) (SN)

       -against-                                 **ORDER**

THOMAS STICHT,

                         Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

*Pro se* petitioner Merlin Moreno-Gratini filed his petition for a writ of *habeas corpus* on June 25, 2019. The petition was stayed pending exhaustion of Mr. Moreno-Gratini's state court remedies on July 15, 2019, and the stay was lifted on July 24, 2020. Respondent opposed the petition and served copies of the opposition on Mr. Moreno-Gratini by mail on October 22, 2020. Mr. Moreno-Gratini's reply was due within 30 days of his being served with the opposition. On December 3, 2020, the Court issued an Order extending Mr. Moreno-Gratini's time to reply to the Respondent's opposition to January 4, 2021. As of January 20, 2021, no reply has been received.

Accordingly, this matter will be considered fully briefed and is now ready for disposition. Respectfully, the Clerk of Court is requested to mail a copy of this Order to the petitioner and file proof of service on the docket.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
                January 20, 2021