USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MERLIN MORENO-GRATINI,
                        Plaintiff,

-against-

THOMAS STICHT,
                       Defendant.
-------------------------------------------------------------X

19 CIVIL 5964 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 5, 2022, the R&R is adopted with respect to Petitioner's petition for a writ of habeas corpus. For the reasons articulated in the R&R, Petitioner Merlin Moreno-Gratini's petition for a writ of habeas corpus is denied. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment is entered for Respondent; accordingly, the case is closed.

**Dated:** New York, New York
            May 6, 2022

                                      **RUBY J. KRAJICK**
                                        Clerk of Court
                        BY:
                                        **Deputy Clerk**